**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**GARY LEON WEBSTER**                                                                     **PLAINTIFF**
**ADC #114018**

**v.**                                          **NO: 2:19-CV-00151-LPR**

**CITY OF WEST MEMPHIS**                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Gary Leon Webster's complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 4th day of December, 2019.


Lee P. Rudofsky
UNITED STATES DISTRICT JUDGE